UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COOPER/T. SMITH STEVEDORING COMPANY, INC. and | * * | CIVIL ACTION NO. |
| COOPER CONSOLIDATED , LLC | * * | Judge: |
| Plaintiffs | * * | Magistrate: |
| VERSUS | * * * | ADMIRALTY |
| BRIGHT NAVIGATION, INC, *in personam*, and the M/V AGAPI S, *in rem* | * * * | |
| Defendants | * * | Pursuant to Rule 9(h) of the Federal Rules of Civil Procedure |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## **COMPLAINT FOR DAMAGES**

The complainants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC (collectively, "Cooper"), file this original Complaint for Damages and, through undersigned counsel, respectfully represent as follows:

1.

Cooper is a Louisiana corporation / company, with its principal offices in Baton Rouge, Louisiana, and which was at all relevant times engaged in stevedoring and associated barge fleeting operations on the Mississippi River. Specific to this action, Cooper is the owner of several barge pilings and operates barge fleets located at, among other locations, Mile 175, near Darrow, Louisiana.

2.

Bright Navigation, Inc. ("BNI"), sought to be made a defendant herein, is a foreign corporation or similarly organized entity with its principal offices, upon information and belief, in Athens, Greece. Specific to this action, BNI is the owner and/or manager of the M/V AGAPI S.

3.

The AGAPI S is a Liberian flagged general bulk carrier, IMO No. 9514822. Specific to this action, on or about February 10, 2016, the AGAPI S is alleged to have negligently caused a breakaway and resulting damages at or about Mississippi Mile Marker 175.

4.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and this Court has jurisdiction over this action pursuant to the Admiralty Extension Act, 46 U.S.C. § 30101, and 28 U.S.C. § 1333, as this is a claim that arises under the Court's admiralty and maritime jurisdiction.

5.

In exchange for refraining from arresting the AGAPI S, Cooper accepted a Letter of Undertaking ("LOU") conditioned to answer a judgment of this Court, thereby vesting this Court with *in rem* jurisdiction over the vessel, and agreeing that the venue for any action would be the United States District Court for the Eastern District of Louisiana. A copy of the LOU is attached hereto as "Exhibit 1."

6.

On or about February 10, 2016, the AGAPI S was downbound on the Mississippi River. The master and/or crew of the AGAPI S lost control of the vessel, which caused it to collide with Cooper's No. 1 buoy block on the left descending bank of the Mississippi River at or about Mississippi River Mile Marker 175, necessitating the assistance of four (4) harbor tugs to corral the AGAPI S and prevent her from striking additional portions of Cooper's fleet (the "incident").

7.

At the time the AGAPI S collided with Cooper's No. 1 buoy block, thirteen (13) loaded

hopper barges were fleeted using wires and safety cables attached to Cooper's barge mooring buoy No. 4. The associated wheel wash caused the fleeting wires and safety cables holding the barges in place to part (broke), resulting in damages.

8.

When the fleeting wires and safety cables parted (broke), the thirteen (13) laden hopper barges became unmoored and loose. As a result, Cooper employed tugs to contain the barges at significant cost and expense. In addition, barges within Cooper's fleet sustained damages, which necessitated repairs by Cooper and other entities, and Cooper had to replace the broken fleeting wires and safety cables in order to resume fleeting operations at barge mooring buoy No. 4.

9.

As a result of the incident, Cooper suffered significant physical and economic damages directly and proximately caused by the negligent navigation of the AGAPI S while it was under the control and/or direction of BNI and/or its agent(s). The approximate damages to Cooper associated with the incident, as best as can currently be calculated, total United States one-hundred six thousand forty-eight dollars and ninety-three cents (U.S.$106,048.93), plus interest and any other such additional damages proven at trial. Further, Cooper specifically reserves its right to supplement this Complaint as discovery proceeds, including its calculation of damages.

WHEREFORE, the complainants, Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC, pray that the defendants, Bright Navigation, Inc. and the AGAPI S, be duly served with a certified copy of this Complaint for Damages and cited to appear and answer this lawsuit, and that after all due proceedings are had, there be judgment rendered in favor of the complainants in an amount not less than United States one-hundred six thousand forty-eight dollars and ninety-three cents ($106,048.93), together with prejudgment and legal interest, all costs of these

proceedings, and all other general and equitable relief that the Court deems proper.

                              Respectfully submitted,

                              */s/ Andrew S. Respess*
                              JASON P. WAGUESPACK, T.A. (LA #21123)
                              FREDERICK W. SWAIM III (LA #28242)
                              ANDREW S RESPESS (LA #36642)
                              Galloway, Johnson, Tompkins, Burr & Smith
                              701 Poydras Street, 40th Floor
                              New Orleans, Louisiana 70139
                              Telephone:  (504) 525-6802
                              Telecopier:  (504) 525-2456
                              ***Counsel for Cooper/T. Smith Stevedoring Company, Inc. and Cooper Consolidated, LLC***